IN THE CIRCUIT COURT
FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

VINCENT BRUNER,

    Plaintiff,

v.    Case No. 17-CA-

HOMETEAM PEST DEFENSE, INC,

    Defendant.
_____/

## COMPLAINT

Vincent Bruner ("Plaintiff") sues Hometeam Pest Defense, Inc. ("Defendant"), and state:

1. This is an action for damages that exceed $15,000.

2. Defendant undertook responsibility and treatment for Plaintiff's property.

3. As a result of Defendant's negligence, Plaintiff has suffered significant termite damage to the property.

4. All conditions precedent have been performed or have occurred.

WHEREFORE, Plaintiff demands entry of judgment against Defendant for damages, including but not limited to expended repair costs, future repair costs, costs of temporary lodging during repair process, costs of transportation of personalty to storage facility during repair process, costs of storage of personalty during repair process, additional retreatment costs, unnecessary maintenance costs, initial contract payment and renewal payment refunds, diminution in value damages, pre-judgment interest, post-judgment interest, costs, and such other and further relief as the Court deems appropriate and a jury trial on all issues so triable.

1

/s/ Peter M. Cardillo
Peter M. Cardillo
Florida Bar No. 350052
CARDILLO LAW FIRM
2707 W. Azeele Street, Suite 100
Tampa, Florida 33609
Primary: pete@cardillolaw.com
Secondary: kathlyn@cardillolaw.com
(813) 801-9050 Telephone
(813) 831-7747 Facsimile
Attorney for Plaintiff